UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH COONEY,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**CITY OF SAN DIEGO, ET AL.,**<br><br>　　　　　Defendants. | Case No.  4:21-cv-01721-YGR<br><br>**ORDER FINDING MOTION TO DISMISS MOOT AND VACATING MOTION HEARING**<br><br>Re: Dkt. No. 36, 41 |

　　　　The Court is in receipt of *pro se* plaintiff Deborah Cooney's Notice of Voluntary Dismissal of Defendant Brian K. McMahon pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 41.)  In light of the dismissal of Mr. McMahon, the motion to dismiss filed by Mr. McMahon at Docket Number 36 is **MOOT**.  The hearing set for December 14, 2021 is hereby **VACATED**.

　　　　The undersigned has previously advised plaintiff that this district court runs electronically and that judges in this court use electronic signatures and electronic stamps.  Plaintiff's request for additional verification from the undersigned is **DENIED**.

　　　　This Order terminates Dkt. No. 36.

　　　　**IT IS SO ORDERED.**

Dated: November 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**